IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES | ) |
| | ) CR 18-167 |
| V. | ) |
| | ) |
| LEONARD WYGANT | ) |

**MEMORANDUM ORDER**

Before the Court is Defendant's Motion to Designate Case Extended and Complex. "Extended representation is representation involving more time than required in the usual case." United States v. Mack, No. 10-233, 2012 U.S. Dist. LEXIS 37310 (Mar. 20, 2012). A case is complex when the "legal or factual issues are unusual, thus requiring the expenditure of more time, skill and effort...than would normally be required in an average case." United States v. Tray, No. 6-60, 2009 U.S. Dist. LEXIS 1539 (W.D. Pa. Jan. 12, 2009).

As Defendant acknowledges, this matter involves only two Defendants (one of whom has already pleaded guilty), and discovery is not voluminous. Moreover, suppression issues and attendant proceedings were neither complex nor lengthy. The first hearing on May 29, 2019 involved a single witness, and was continued after less than one hour in Court. The second hearing on June 3, 2019 likewise involved one witness, and concluded after thirty-five minutes. Both hearings centered on a single issue concerning the date appearing on search warrants. All other pretrial issues involved standard, uncomplicated pretrial motions. Defendant has not identified, and the Court is not otherwise aware of, any unusual factual or legal issues involved. At this juncture, therefore, Defendant has not presented information that would permit the Court

to conclude that this matter should be designated as complex or extended under applicable standards. Accordingly, the Motion is denied.

AND NOW, this 2nd day of August, 2019, IT IS SO ORDERED.

BY THE COURT:

_Donetta F. Ambrose_
_____

Donetta W. Ambrose

Senior Judge, U.S. District Court