IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| -vs- | ) | Criminal No. 18-167 |
| | ) | |
| LEONARD WYGANT | ) | |
| | ) | |
| Defendant. | ) | |

AMBROSE, Senior District Judge.

### ORDER AMENDING JDUGMENT

AND NOW, this 7th day of July, 2020, it is HEREBY ORDERED, that the Judgment as to Leonard Wygant, entered on June 25, 2020, shall be amended as follows:

All right, title and interest of Leonard Wygant in the following property, further described in the Preliminary Order of Criminal Forfeiture on October 21, 2019 (ECF No. 141) are forfeited to the United States:
a. A Springfield XDM 9mm pistol, bearing serial number MG989989, with a magazine containing ammunition;
b. A Springfield XDS .45 caliber pistol, bearing serial number S3105925, with a magazine containing ammunition;
c. Additional ammunition, including numerous rounds of 9mm ammunition with Winchester blank cartridges; and
d. Two airsoft vests.

BY THE COURT:

*Donetta F. Ambrose*
_____
Donetta W. Ambrose
United States Senior District Judge